UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) GARY CEDERQUIST,<br>(2) CALVIN BUTNER,<br>(3) PERRY MENDES,<br>(4) JOEL ROGERS,<br>(5) SCOTT CAMARA, and<br>(6) ERIC MATHISON,<br><br>      Defendants. | Case No. 24-cr-10024-IT |

## JOINT INTERIM STATUS REPORT

  Pursuant to Local Rule 116.5(b), the parties hereby file this joint interim status report prepared in connection with the status conference scheduled for May 30, 2024.

(1) <u>Automatic Discovery/Pending Discovery Requests</u>

  The government has completed its production of automatic discovery. There are no pending discovery requests.

(2) <u>Additional Discovery</u>

  See above.

(3) <u>Timing of Additional Discovery Requests</u>

  The defendants are in the process of reviewing the government's discovery and are evaluating the need for any additional requests.

(4) <u>Protective Orders</u>

  The Court issued a protective order on May 16, 2024 (DN 56). The parties do not anticipate needing any additional protective orders.

(5) <u>Pretrial Motions</u>

The defendants have not yet determined whether any pretrial motions will be filed pursuant to Fed. R. Crim. P. 12(b).

(6) <u>Expert Discovery</u>

The parties anticipate setting dates for expert witness disclosures at the first scheduled hearing before the District Judge.

(7) <u>Defenses of Insanity, Public Authority, or Alibi</u>

None of the defendants anticipate raising a defense of insanity, public authority, or alibi.

(8) <u>Speedy Trial Act</u>

All of the time has been excluded from the defendants' initial appearances in the District of Massachusetts through May 30, 2024. The parties request that the time be excluded from May 30, 2024 through the date of the next status conference.

(9) <u>Plea Discussions; Length of Trial</u>

The parties have not engaged in any plea discussions. The parties anticipate that trial will take two to three weeks.

(10) <u>Status Conference Scheduling</u>

The parties request that another interim status conference be scheduled for a date approximately 60 days out.

Respectfully submitted,

| | |
|---|---|
| GARY CEDERQUIST<br>By his attorney, | JOSHUA S. LEVY<br>Acting United States Attorney |
| */s/ Kevin J. Reddington*<br>Kevin J. Reddington<br>Williamsburg Square<br>1342 Belmont St., Suite 203<br>Brockton, MA 02301<br>kevinreddington@msn.com<br>(508) 583-4280 | By: */s/ Christine Wichers*<br>Christine Wichers<br>Adam W. Deitch<br>Assistant United States Attorneys<br>christine.wichers@usdoj.gov<br>adam.deitch@usdoj.gov<br>617-748-3100 |

CALVIN BUTNER
By his attorney,

*/s/ William H. Connolly*
William H. Connolly
Law Offices of William H. Connolly
20 Park Plaza, Suite 1000
Boston, MA 02210
whc@williamconnollylaw.com
617-542-0200




PERRY MENDES
By his attorney,

*R. Bradford Bailey*
R. Bradford Bailey
Brad Bailey Law, P.C.
44 School Street, Suite 1000B
Boston, MA 02108
brad@bradbaileylaw.com
781-589-2828




JOEL ROGERS
By his attorneys,

*/s/ Timothy M. Burke*
Timothy M. Burke
Jared S. Burke
Law Offices of Timothy M. Burke
117 Kendrick Street, Suite 300
Needham, MA 02494
tburke@timburkelaw.com
jsburke@timburkelaw.com
781-455-0707

SCOTT CAMARA
By his attorney,

*/s/ Anthony R. Riccio*
Anthony R. Riccio
Riccio Law, LLC
1147 Hancock Street, Suite 212
Quincy, MA 02169
arriccio@anthonyricciolaw.com
617-404-8878


ERIC MATHISON
By his attorney,

*/s/ Sandra M. Gant*
Sandra M. Gant
Federal Defenders Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Sandra_Gant@fd.org
617-223-8061


## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 24, 2024.

*/s/ Christine Wichers*
Christine Wichers