UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL ROGERS,<br><br>          Defendant. | Case No. 24-cr-10024-IT-4 |

## DISMISSAL OF DEFENDANT ROGERS FROM THE INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the District of Massachusetts hereby dismisses JOEL ROGERS from the Indictment in this matter, charging him with conspiracy to falsify records, in violation of 18 U.S.C. § 371. In support of this dismissal, the government states that, pursuant to a deferred prosecution agreement (*see* Dkt. No. 199), the defendant has satisfied his obligations under the agreement, and the dismissal is in the interests of justice.

Respectfully submitted,

Date: November 7, 2025

By: *Leah B. Foley*
LEAH B. FOLEY
United States Attorney

CHRISTINE WICHERS
ADAM W. DEITCH
Assistant U.S. Attorneys

Leave To File Granted:

_____
HON. INDIRA TALWANI
United States District Judge

2

## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      *Christine Wichers*
                                      Christine Wichers
                                      Assistant U.S. Attorney

Dated:  November 7, 2025